1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Christopher S. Hall, #203901
Devon R. McTeer, #230539
3 7647 North Fresno Street
Fresno, California 93720
4 Telephone: (559) 433-1300
Facsimile: (559) 433-2300
5
Attorneys for Defendants TURNER DESIGNS
6 HYDRO CARBON INSTRUMENTS, INC.,
BENCHMARK INSTRUMENTATION &
7 ANALYTICAL SERVICES, INC., GRANT
SHANNON, STEVEN MCDOUGALL AND
8 TODD MARTENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AGNES XIE, | Case No. 1:17-CV-00284-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON** |
| v. | |
| TURNER DESIGNS HYDRO CARBON INSTRUMENTS, INC.; GARY BARTMAN; MARK FLETCHER; BENCHMARK INSTRUMENTATION & ANALYTICAL SERVICES, INC.; GRANT SHANNON; TODD MARTENS; and STEVEN MCDOUGALL, | **(Doc. 29)** |
| Defendants. | |

Plaintiff AGNES XIE ("Plaintiff), Defendants TURNER DESIGNS HYDRO CARBON INSTRUMENTS, INC., BENCHMARK INSTRUMENTATION & ANALYTICAL SERVICES, INC., GRANT SHANNON, STEVEN MCDOUGALL and TODD MARTENS (collectively referred to herein as "Turner") by and through their counsel, Christopher S. Hall and Devon R. McTeer of McCormick, Barstow, Sheppard, Wayte & Carruth LLP and Defendants GARY BARTMAN and MARK FLETCHER (collectively referred to herein as "Bartman") by and through their counsel, Donald R. Fischbach of Dowling Aaron Incorporated hereby stipulate as follow:

1. There is a Mandatory Scheduling Conference scheduled for August 22, 2017 at 10:15

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON

a.m. in Courtroom 7.

2. The Court granted Plaintiff's Motion for a Continuance of Time to respond to Turner's Motion to Dismiss and Bartman's Motion to Dismiss. Plaintiff has until August 2, 2017 to file oppositions to the Motions to Dismiss and Defendants have until August 16, 2017 to file replies. The hearing on the Motions to Dismiss have been vacated as the Motions will be taken under submission. The Joint Scheduling Report is due on August 15, 2017.

2. The parties stipulate that good cause exists for this Stipulation to Continue the Mandatory Scheduling Conference as the parties Joint Scheduling Report is due before Defendants' replies are due to the Motions to Dismiss. It is the parties' desire to conserve attorney's fees which would be incurred in filing the Joint Scheduling Report and to conserve Court resources. The parties hereby stipulate to continue the Mandatory Scheduling Conference for 60 days to allow for briefing and the ruling on the Motions to Dismiss. As such, the continuance is amenable to all involved.

**IT IS SO STIPULATED AND AGREED**:

Dated: July 25, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Devon R. McTeer*
Christopher S. Hall
Devon R. McTeer
Attorneys for Defendants TURNER DESIGNS HYDRO CARBON INSTRUMENTS, INC., BENCHMARK INSTRUMENTATION & ANALYTICAL SERVICES, INC., GRANT SHANNON, STEVEN MCDOUGALL AND TODD MARTENS

Dated: July 29, 2017

By: */s/ Agnes Xie*
AGNES XIE, Plaintiff
*(original signature retained by attorney Devon McTeer)*

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

| | |
|---|---|
| Dated: July 28, 2017 | DOWLING AARON INCORPORATED |

<em>(as authorized on 7/28/17)</em><br>
By: <em>/s/ Sydney A. Smith</em><br>
Donald R. Fischbach<br>
Sydney A. Smith<br>
Attorneys for Defendants GARY BARTMAN and<br>
MARK FLETCHER

## **ORDER**

Based on the parties above-stipulation (Doc. 29) and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference scheduled for August 22, 2017, is VACATED and RESET for October 31, 2017, at 10:30 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven days prior to the Conference.

IT IS SO ORDERED.

Dated: **August 3, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON