# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES XIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TURNER DESIGNS HYDRO CARBON INSTRUMENTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00284-LJO-SKO<br><br>**ORDER DENYING REQUESTS FOR PERMISSION TO USE ELECTRONIC FILING SYSTEM**<br><br>**(Doc. 28)** |

　　　　Before the Court are (1) the parties' Stipulation (the "Request"), in which the parties "stipulate and agree [to] allow Plaintiff" to utilize the "ECF filing" system, (Docs. 28 & 37), and (2) Plaintiff's Motion for Permission for Electronic Case Filing (the "Motion"), (Doc. 33).

　　　　Local Rule 133(b)(2) provides that "[a]ny person appearing pro se may ***not*** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Instead, "[a]ll parties shall file and serve paper documents as required by applicable Federal Rules of Civil . . . Procedure or by these [Local] Rules." E.D. Cal. Local Rule 133(b)(2). Nonetheless, a pro se party may "[r]equest to use paper or electronic filing as exceptions from these Rules" if (1) they submit a stipulation between the parties "as provided in [Local Rule] 143;" or (2) "if a stipulation cannot be had," by a "written motion[] setting out an explanation of reasons for the exception." E.D. Cal. Local Rule 133(b)(3).

In this case, the parties filed a stipulation indicating that they agree to Plaintiff's use of the electronic filing system and Plaintiff filed the Motion requesting use of this system. (*See* Docs. 28, 33, 37.) However, the Court finds that it is inappropriate in this matter to deviate from the Local Rule that "[a]ny person appearing pro se may **not** utilize electronic filing." E.D. Cal. Local Rule 133(b)(2).

Accordingly, the Court DENIES the Request, (Docs. 28 & 37), and the Motion (Doc. 33).

IT IS SO ORDERED.

Dated: **August 3, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE